```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  DANIEL S. LINHARDT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
11
    UNITED STATES OF AMERICA,      )
12                                 )
                    Plaintiff,     )   CASE NO. CR.S-01-203 WBS
13                                 )
         v.                        )
14                                 )   GOVERNMENT'S MOTION TO
    ZHAKLIN SHAKHBAZYAN,           )   DISMISS
15                                 )
                                   )
16                  Defendant.     )
    _____)
17
18
19      The United States of America by and through the undersigned
20  Assistant United States Attorney hereby moves this court pursuant
21  to Rule 48(b) of the Federal Rules of Criminal Procedure to
22  dismiss defendant ZHAKLIN SHAHKBAZYAN.  The government had worked
23  out a plea agreement with her father, VARTAN SHAKHBAZYAN, whereby
24  he agreed to plead guilty and cooperate, and in exchange the
25  government would dismiss the charges against his daughter ZHAKLIN
26  SHAKHBAZYAN, who was in fact a fairly minor player in the health
27  care fraud to which her father pled guilty.  Her co-defendant
28  VARTAN SHAKHBAZYAN has in fact pled, cooperated and been
```

1

sentenced. Accordingly, pursuant to the plea agreement with VARTAN SHAKHBAZYAN the government hereby moves to dismiss ZHAKLIN SHAKHBAZYAN with prejudice from the Superseding Indictment filed on July 24, 2003, under Court Docket Number CR.S-01-203 WBS.

DATED: March 8, 2005          McGREGOR W. SCOTT
                              United States Attorney


                              By: /s/ Daniel S. Linhardt
                              DANIEL S. LINHARDT
                              Assistant U.S. Attorney

**IT IS SO ORDERED.**



DATED: November 23, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2